# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 12, 2020

Carlos Pavon
D. Ray James Correctional Facility
P.O. Box 2000
Folkston, GA 31537

Re: Case No. 20-3006, *In re: Carlos Pavon*
Originating Case No. : 3:14-cr-00166-1

Dear Mr. Pavon,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue

No. 20-3006

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Aug 12, 2020
DEBORAH S. HUNT, Clerk
```

In re: CARLOS PAVON,   )
                       )     O R D E R
Petitioner.            )

Before: CLAY, ROGERS, and MURPHY, Circuit Judges.

Carlos Pavon, a *pro se* federal inmate, petitions for a writ of mandamus and moves to proceed *in forma pauperis*. He asks that the district court be compelled to rule on his motion for a new trial and four other motions.

"Mootness results when events occur during the pendency of a litigation which render the court unable to grant the requested relief." *Carras v. Williams*, 807 F.2d 1286, 1289 (6th Cir. 1986). The district court ruled on Pavon's motion for a new trial and four other motions in May 2020, providing him the relief he requested from this Court and rendering the mandamus petition moot.

The mandamus petition is **DISMISSED** as moot. The motion to proceed *in forma pauperis* is **DENIED** as moot.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk